NO. 12-15-00136-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 03 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

| IN RE: | § | |
|---|---|---|
| DONALD ADKINS | § | ORIGINAL PROCEEDINGS |
| RELATOR | § | |

---

## MOTION FOR LEAVE TO FILE CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Donald Adkins, Relator proceeding pro-se and ask this Honorable Court for leave to file CERTIFICATE OF INTERESTED PERSONS concerning the WRIT OF MANDAMUS that was just filed in this Honorable Court on May 21, 2015, for the following reason:

I.

Relator is unskilled and untutored in criminal and civil law and is trying to understand the law and rules to the best of his abilities. For this Relator should not be held to the formal pleadings drafted by lawyers. Hains v. Kerner, 92 S.Ct. 594, 596 (1972).

For the foregoing reason Relator respectfully request this Honorable Court review his Original Writ of Mandamus filed with this Court on May 21, 2015, and not hold him to the same standards as lawyers.

Respectfully Submitted,

Donald Adkins, Pro-Se
TDCJ-CID No.1792685
1100 FM 655
Rosharon, Texas 77583

To the Honorable Justices of the Twelfth Court of Appeals:

Please take into consideration that Relator is by no means a lawyer, nor a paralegal. Relator is merely a layman of the law; and, therefore, prays this Court review his Petition for Writ of Mandamus with patience, liberality, and affording the greatest relief that can be construed to his benefits and deserves in the interest of justice.

Pro-Se pleadings are held to less stringent standards than formal pleadings drafted by a lawyer, and thus an appellate court will review such pleadings with patience and liberality. See federal precedent, applied to TEXAS 'appellates' pleadings, In Re Taylor, 28 S.W.3d at 245 (Tex.App.- Waco 2000), counsels:

"The United States Supreme Court has instructed that we hold pro-se pleadings 'to less stringent standards than formal pleadings drafted by lawyers'. Hains v. Kerner, 92 S.Ct. 594, 596 (1972; accord Zuniga v. Zuniga, 13 S.W.3d 798, 803 (Tex.App. San Antonio 1999, no. pet.); Barnes v. State, 832 S.W.2d 424, 426 (Tex.App. Houston [1st Dist.] 1992, orig. proceeding); Birdo v. DeBose, 819 S.W.2d 212, 216 (Tex.App. Waco 1991, no writ). Thus, we review such pleadings 'with patience and liberality.' Barnes, 832 S.W.2d at 426; accord Birdo, 819 S.W.2d at 216."

Relator presents the following issue to the best of Relator's ability with utmost respect to this Honorable Court Justices.

Respectfully Submitted,

Donald Adkins, Pro-Se
TDCJ-CID No.1792685
1100 FM 655
Rosharon, Texas 77583

## CERTIFICATE OF INTERESTED PERSONS

I, Donald Adkins, TDCJ-CID No. 1792685, proceeding pro-se, certify that the following list constitutes those persons interested in the outcome of this litigation.

Charles R. Mitchell
Judge of the 273rd District Court
Sabine County, Texas

J.Kevin Dutton
District Attorney of the 273rd District court
Sabine County, Texas

Respectfully Submitted,

*Donald Adkins*

Donald Adkins, Pro-Se
TDCJ-CID No.1792685
Ramsey One Unit
1100 F.M. 655
Rosharon, Texas